IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRENDA ANDERSON,

    Plaintiff,                                        JUDGMENT IN A CIVIL CASE

v.                                                 Case No. 14-cv-362-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Brenda Anderson reversing and remanding the decision of defendant Carolyn Colvin, Acting Commissioner of Social Security, under sentence four of 42 U.S.C. § 405(g) for further proceedings.

s/V. Olmo, Deputy Clerk                                      6/22/2015

Peter Oppeneer, Clerk of Court                              Date